**John DONAHUE, Employee, Appellant,**

v.

**DELAWARE ASSOCIATION OF POLICE, Employer, Appellee.**

Supreme Court of Delaware.

April 13, 1973.

Clement C. Wood of Allmond & Wood, Wilmington, for employee, appellant.

Stephen P. Casarino of Tybout, Redfearn & Schnee, Wilmington, for employer, appellee.

Before WOLCOTT, C. J., and CAREY and HERRMANN, JJ.

PER CURIAM:

The judgment below is affirmed for the reasons stated in the Opinion of the Superior Court, reported at 298 A.2d 342.

**DELAWARE CITIZENS FOR CLEAN AIR, INC., and Jacob Kreshtool, Esquire, Appellants Below, Appellants,**

v.

**WATER AND AIR RESOURCES COMMISSION and Delmarva Power and Light Company, Appellees Below, Appellees.**

Supreme Court of Delaware.

June 15, 1973.

Jacob Kreshtool, of Bader, Dorsey & Kreshtool, Wilmington, for appellants below, appellants.

Richard H. Schliem, III, Deputy Atty. Gen., Wilmington, for Water and Air Resources Commission, appellee below, appellee.

E. Dickinson Griffenberg, Jr., of Potter, Anderson & Corroon, Wilmington, for Delmarva Power and Light Co., appellee below, appellee.

Before WOLCOTT, C. J., and CAREY and HERRMANN, JJ.

PER CURIAM:

The judgment below is affirmed for the reasons stated in the Opinion of the Superior Court reported at 303 A.2d 666.